**Order entered September 9, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-22-00884-CV

## IN RE TERESA WARD COOPER, Relator

**Original Proceeding from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-00556-2021**

## ORDER
Before Justices Molberg, Pedersen, III, and Garcia

Based on the Court's opinion of today's date, we **DENY** relator's Petition

for Writ of Mandamus and **DENY** relator's Emergency Motion to Stay as moot.


/s/    KEN MOLBERG
       JUSTICE